IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:94-CR-040 |
| | ) | |
| MARIA I. AGUILAR | ) | |

**O R D E R**

The government's motion to dismiss [doc. 60] is **GRANTED** for the reasons provided therein. Pursuant to Federal Rule of Criminal Procedure 48(a), the indictment in this case is **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

_____
s/ Leon Jordan
United States District Judge